J Christopher Jorgensen
Nevada Bar No. 5382
Matthew R. Tsai
Nevada Bar No. 14290
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: cjorgensen@lrrc.com
E-mail: mtsai@lrrc.com

*Attorneys for Defendant*
*Toyota Motor Credit Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD S. GORDON,<br><br>  Plaintiff,<br><br>vs.<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>  Defendants. | Case No.: 2:18-cv-01611-JAD-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT TOYOTA MOTOR CREDIT CORPORATION'S TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

This Stipulation to Extend Time to Respond to Complaint is made by and between Plaintiff Richard S. Gordon ("Plaintiff") and Defendant Toyota Motor Credit Corporation ("TMCC") through their respective counsel, in light of the following facts:

**RECITALS**

A. Plaintiff filed the Complaint ("Complaint") against TMCC on or about August 27, 2018.

B. TMCC was served with the Complaint on August 29, 2018.

C. TMCC's deadline to respond was September 19, 2018.

D. The parties agreed to extend TMCC's' time to respond to the Complaint through October 12, 2018, in order to give TMCC time to investigate Plaintiff's claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter.

E. There is good cause to grant this stipulation because TMCC requires additional time to investigate Plaintiff's claims and prepare a proper response, and the parties require

106206756_1

additional time to consider a resolution of this matter.

F.  Pursuant to Local Rule IA 6-2 and Local Rule 7.1, Plaintiff and TMCC respectfully request that the Court extend TMCC's time to respond to Plaintiff's Complaint through October 12, 2018.

## STIPULATION

NOW, THEREFORE, Plaintiff and TMCC hereby stipulate and agree that TMCC has up to and including October 12, 2018, to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED**

DATED: October 9, 2018     LEWIS ROCA
                           ROTHGERBER CHRISTIE LLP

By: */s/ Matthew Tsai*
J Christopher Jorgensen (NV Bar #5382)
Matthew R. Tsai (NV Bar # 14290)
3993 Howard Hughes Pkwy., #600
Las Vegas, NV  891698
E-mail: cjorgensen@lrrc.com
E-mail: mtsai@lrrc.com

*Attorneys for Defendant*
*Barclays Bank Delaware*

DATED:  October 9, 2018

By: */s/ Mitchell D. Gliner*
Mitchell D. Gliner (NV Bar # 3419)
3017 W. Charleston Blvd., #95
Las Vegas, NV  89102
E-mail: mgliner@glinerlaw.com

*Attorney for Plaintiff*
*Richard S. Gordon*

## ORDER

**IT IS SO ORDERED**

_____
United States Magistrate Judge

DATED  October 9, 2018