J Christopher Jorgensen
Nevada Bar No. 5382
Matthew R. Tsai
Nevada Bar No. 14290
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: cjorgensen@lrrc.com
E-mail: mtsai@lrrc.com

*Attorneys for Defendant*
*Toyota Motor Credit Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD S. GORDON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>　　　　Defendant. | Case No.: 2:18-cv-01611-JAD-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF RICHARD S. GORDON AND DEFENDANT TOYOTA MOTOR CREDIT CORPORATION** |

The dispute between Plaintiff Richard S. Gordon ("Plaintiff") and Defendant Toyota Motor Credit Corporation ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's Claims against Defendant with prejudice within 60 days – on or before **January 21, 2019**.

DATED this 20th day of November, 2018.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Matthew Tsai*
J Christopher Jorgensen
Nevada Bar No. 5382
Matthew R. Tsai
Nevada Bar No. 14290
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: cjorgensen@lrrc.com
E-mail: mtsai@lrrc.com

*Attorneys for Defendant*
*Toyota Motor Credit Corporation*

**IT IS ORDERED** that the settling parties shall have until **January 21, 2019**, to file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

_____
Peggy A. Leen
United States Magistrate Judge
Dated: November 26, 2018

106603981_1

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2018, I caused a true and accurate copy of the foregoing document entitled **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF RICHARD S. GORDON AND DEFENDANT TOYOTA MOTOR CREDIT CORPORATION** to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy to the following:

Mitchell D. Gliner
*Attorney for Plaintiff Richard S. Gordon*

/s/ Adriana Garcia
An Employee of Lewis Roca
Rothgerber Christie LLP

106603981_1